# United States Court of Appeals for the Federal Circuit

---

August 27, 2014

**ERRATA**

---

Appeal No. 2013-1180

**RAYMOND E. STAUFFER,**
*Plaintiff-Appellant,*

**v.**

**BROOKS BROTHERS GROUP, INC.,**
**formerly known as Retail Brand Alliance, Inc.,**
**formerly known as Brooks Brothers, Inc.,**
*Defendant-Appellee,*

**AND**

**UNITED STATES,**
*Intervenor-Appellee.*

Decided: July 10, 2014
Precedential Opinion

---

Please make the following changes:

Page 13, in the second paragraph in Section IV, delete the phrase ", and that the case should be reassigned to a different judge on remand."

Page 14, in a new paragraph after the last full paragraph in Section IV, add the sentence "Mr. Stauffer also argues that the case should be reassigned to a different judge on remand, but that issue is now moot."